Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | T&R Transport, Inc. | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-0598071 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2593 N Oakmont Dr**<br>**Flagstaff, AZ 86004**<br>Number, Street, City, State & ZIP Code<br><br>**Coconino**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**2600 E Huntington Dr Flagstaff, AZ 86004**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4841__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

|   | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2024**
          MM / DD / YYYY

**X** /s/ Eiko Garcia                                **Eiko Garcia**
Signature of authorized representative of debtor          Printed name

                                                eikogarcia@gmail.com
                                                Email Address of debtor

Title    **Secretary and Director**

**18. Signature of attorney**

**X** /s/ Alan A. Meda                      Date   **April 19, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Alan A. Meda 009213**
Printed name

**Burch & Cracchiolo, P.A.**
Firm name

**1850 N. Central Ave., Suite 1700**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone   **602-274-8797**       Email address   **ameda@bcattorneys.com**

**009213 AZ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **T&R Transport, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 19, 2024**     *X* **/s/ Eiko Garcia**
                                       Signature of individual signing on behalf of debtor

                                       **Eiko Garcia**
                                       Printed name

                                       **Secretary and Director**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    T&R Transport, Inc.

United States Bankruptcy Court for the:   **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ambest Fuel Card Electronic Funds Source 1104 Country Hills Dr Ogden, UT 84403** | | **business credit card** | | | | **$11,933.53** |
| **Arizona Department of Revenue PO Box 29070 Phoenix, AZ 85038-9070** | | **taxes** | | | | **$162,450.80** |
| **Arizona Dept of Revenue PO Box 29070 Phoenix, AZ 85038-9070** | | **taxes** | | | | **$30,670.76** |
| **AZDES PO Box 6028 Mail Drop 5881 Phoenix, AZ 85005-6028** | | | | | | **$28,457.23** |
| **AZDES PO Box 6028 Mail Drop 5881 Phoenix, AZ 85005-6028** | | **taxes** | | | | **$11,498.40** |
| **Eiko L Garcia 2593 N Oakmond Dr Flagstaff, AZ 86004** | | **wages** | | | | **$9,340.14** |
| **Gail and Jack Garcia 2359 W Chinook Dr Queen Creek, AZ 85142** | | **loan** | | | | **$117,802.14** |
| **IRS Ogden, UT 84201-0039** | | **taxes** | | | | **$151,972.38** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS** **Ogden, UT** **84201-0039** | | **taxes** | | | | **$20,700.72** |
| **Kyle & Eiko Garcia** **2593 N Oakmont Dr** **Flagstaff, AZ 86004** | | | | | | **$27,399.29** |
| **Kyle I Garcia** **2593 N Oakmond Dr** **Flagstaff, AZ 86004** | | **wages** | | | | **$9,340.14** |
| **Marc Cowen** **5490 Greenside Dr** **San Jose, CA 95127** | | **loan** | | | | **$35,000.00** |
| **Motive** **ELD/GPS/CAMERA** **SRV** **55 Hawthorne St 4th Fl** **San Francisco, CA 94105** | | **contract value $7,780; monthly payment $322.50 plus tax; contract expiration4/17/202 6** | | | | **$7,780.00** |
| **Roland & Teresa Grannan** **c/o Jaburg & Wilk** **3200 N Central Ave 20th Fl** **Phoenix, AZ 85012** | | **judgment** | **Disputed** | | | **$140,000.00** |
| **Ryder Truck Rental** **Attn: Cindy Shafer** **PO Box 96723** **Chicago, IL 60693-6723** | | **lease damages; lease terminated on 4/8/2024** | **Contingent Unliquidated Disputed** | | | **$1,289,032.88** |
| **Square Kilometer Capital** **515 N Flagler Dr Suite P-300** **West Palm Beach, FL 33401** | | **services provided** | | | | **$28,685.15** |
| **Stanley M. Hammerman** **Hammerman & Hultgre PC** **3101 N Central Ave Ste 1030** **Phoenix, AZ 85012** | | **Industrial Commission of Arizona - determination of compensability** | | | | **$5,362.52** |
| **TMD Ventures** **2237 New York Ave** **Brooklyn, NY 11234** | | **loan** | **Disputed** | | | **$20,000.00** |
| **Velocity Truck Rental & Leasing** **PO Box 101327** **Pasadena, CA 91189-1327** | | **truck lease/transport** | | | | **$12,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Verizon Connect 5055 North Point Pkwy Alpharetta, GA 30022** | | **lease terminated** | | | | **$10,340.28** |

Debtor name **T&R Transport, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $     182,132.21

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $     182,132.21

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     294,000.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     243,168.29

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     1,903,843.51

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b                                                                     $     2,441,011.80

Case 3:24-bk-03025-PS    Doc 1    Filed 04/19/24    Entered 04/19/24 13:27:40    Desc
Main Document    Page 9 of 47

**Fill in this information to identify the case:**

Debtor name    **T&R Transport, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **OneAZ Credit Union** | **Checking** | 2709 | $8,406.38 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $8,406.38 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | **Transconnect Fuel Card** | $5,225.60 |
| --- | --- | --- |

| 7.2. | **AtoB Fuel Card** | $575.60 |
| --- | --- | --- |

   7.3.  **Maverick Fuel Card**_____   _____ $0.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.    **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.            **$5,801.20**

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

     11a. 90 days old or less:    **26,830.00**  –  **0.00** = ....     **$26,830.00**
                        face amount                  doubtful or uncollectible accounts

     11b. Over 90 days old:    **6,800.00**  –  **0.00** = ....     **$6,800.00**
                        face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       **$33,630.00**

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2006 Honda Insight JHMZE14786S000779 In use USPS Contract 860A6/Page** | $0.00 | | $3,000.00 |
| 47.2. **2005 Mitsubishi Outlander JA4LX81F95U019148 In use USPS Contract 860A6/Camp Verde** | $0.00 | | $3,000.00 |
| 47.3. **1995 Ford F250 1FTHX26H5VEA97357; plow truck for yard** | $0.00 | | $5,000.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 48.1. **1999 Trailrite Dry Van Trailer 1PT01JAH3X6004249 In use USPS Contract 860A6/FLG-PHX** | $0.00 | | $6,000.00 |
| 48.2. **1998 Strick Dry Van Trailer 1S12E8530WD428965 In use USPS Contract 860A6/PHX-FLG** | $0.00 | | $6,000.00 |
| 48.3. **2008 Wabash Dry Van Trailer 1JJV532W38L115381 In use USPS Contract 860A6/FLG-PHX** | $0.00 | | $6,000.00 |
| 48.4. **2001 Utility Trailer 1UYVS25321C473365 In use USPS Contract 860A6/FLG-PHX** | $0.00 | | $6,000.00 |
| 48.5. **2020 Karavan Utility Trailer 5KTUS141XLF531190 Used for hauling** | $0.00 | | $1,000.00 |

**49.**     **Aircraft and accessories**

**50.**     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**     **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $36,000.00 |
|---|---|

**52.**     **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **vehicle storage yard located at 2600 E Huntington Dr, Flagstaff, Az 86004 @ $1,200 per month** | oral lease | $0.00 | | Unknown |

56.   **Total of Part 9.**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

|  |
|---|
| $0.00 |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |
|---|
| Current value of debtor's interest |

71.   **Notes receivable**
      Description (include name of obligor)

| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | **ERTC tax credit for Q12020 $2778.38; Q22020 $27,622.21; Q22021 $67,894.04; not processed yet, program halted, may or may not be received.** | Tax year **2020-2021** | **$98,294.63** |

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
     **Contract to provide services as USPS HCR Contractor; Contract 860A6 ; Contract 86067**                                                          **Unknown**

78.  **Total of Part 11.**                                                                          **$98,294.63**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,406.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,801.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $33,630.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $36,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $98,294.63 | |
| 91. **Total.** Add lines 80 through 90 for each column | $182,132.21 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $182,132.21 |

| Fill in this information to identify the case: |
| --- |

Debtor name __T&R Transport, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| | Column A | Column B |
| --- | --- | --- |
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **US Small Business Association**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>loan | $294,000.00 | $294,000.00 |
| --- | --- | --- | --- | --- |

**Service Center
14925 Kingsport Rd
Fort Worth, TX 76155**
Creditor's mailing address

**Describe the lien**
assets of business

**Is the creditor an insider or related party?**
☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/30/2020**

**Last 4 digits of account number**
**7801**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $294,000.00 |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **SBA Covid EIDL Loans<br>Bureau of Fiscal Service<br>PO Box 830794<br>Birmingham, AL 35283-0794** | Line  __2.1__ | 7376 |

Fill in this information to identify the case:

Debtor name **T&R Transport, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Alberto Ruiz Torres**<br>**3621 S Ocotillo Ln**<br>**Camp Verde, AZ 86322** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$1,083.60** | **$1,083.60** |

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **6831**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ Yes

| 2.2 | Priority creditor's name and mailing address<br>**Alice J Turquoise**<br>**PO Box 6110**<br>**Marble Canyon, AZ 86036** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$310.00** | **$310.00** |

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **4309**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

51167
Case 3:24-bk-03025-PS    Doc 1    Filed 04/19/24    Entered 04/19/24 13:27:40    Desc
Main Document    Page 17 of 47

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,670.76 | $30,670.76 |
|-----|---|---|---|---|

**Arizona Dept of Revenue**
**PO Box 29070**
**Phoenix, AZ 85038-9070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022-2024**

Basis for the claim:
**taxes**

Last 4 digits of account number **8071**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,457.23 | $28,457.23 |
|-----|---|---|---|---|

**AZDES**
**PO Box 6028**
**Mail Drop 5881**
**Phoenix, AZ 85005-6028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022-2024**

Basis for the claim:

Last 4 digits of account number **2515**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.18 | $1,218.18 |
|-----|---|---|---|---|

**Douglas E Leask**
**4360 Hollygreen**
**Flagstaff, AZ 86004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **5650**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,340.14 | $9,340.14 |
|-----|---|---|---|---|

**Eiko L Garcia**
**2593 N Oakmond Dr**
**Flagstaff, AZ 86004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **6749**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 3:24-bk-03025-PS     Doc 1     Filed 04/19/24     Entered 04/19/24 13:27:40     Desc
Main Document      Page 18 of 47

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,727.22 | $1,727.22 |
| --- | --- | --- | --- | --- |

**Evangeline Clark**
**5404 E Cortland Blvd #143**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **7770**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,972.38 | $151,972.38 |
| --- | --- | --- | --- | --- |

**IRS**

**Ogden, UT 84201-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022-2024**

Basis for the claim:
**taxes**

Last 4 digits of account number **8071**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☐ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,857.79 | $1,857.79 |
| --- | --- | --- | --- | --- |

**John Conrad**
**924 N Leroux St**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **7123**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,340.14 | $9,340.14 |
| --- | --- | --- | --- | --- |

**Kyle I Garcia**
**2593 N Oakmond Dr**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **7514**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.84 | $224.84 |

**Peter A Lisa**
**165 Zane Grey Ln**
**Sedona, AZ 86336**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **5969**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,399.81 | $2,399.81 |

**Ronald J Swenson**
**858 Oak**
**Munds Park, AZ 86017**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **1014**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.85 | $522.85 |

**Roy A Bahler**
**1751 W Saratoga Dr**
**Flagstaff, AZ 86001**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **5740**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,021.44 | $2,021.44 |

**Rudolph J Lozano**
**1704 N Center St Apt A**
**Flagstaff, AZ 86001**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **4181**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,711.91 | $1,711.91 |
| --- | --- | --- | --- | --- |

| 2.15 | Priority creditor's name and mailing address |
| --- | --- |
| | **Seth Tarr** |
| | **6911 Orange Box Dr** |
| | **Flagstaff, AZ 86004** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,711.91    $1,711.91

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **5659**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address |
| --- | --- |
| | **Wanda A Graymountain** |
| | **PO Box 2279** |
| | **Page, AZ 86040** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$310.00    $310.00

Date or dates debt was incurred
**4/15/2024**

Basis for the claim:
**wages**

Last 4 digits of account number **6818**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,933.53 |
| --- | --- | --- | --- |
| | **Ambest Fuel Card** | ☐ Contingent | |
| | **Electronic Funds Source** | ☐ Unliquidated | |
| | **1104 Country Hills Dr** | ☐ Disputed | |
| | **Ogden, UT 84403** | | |
| | Date(s) debt was incurred  **05/2023** | Basis for the claim:  **business credit card** | |
| | Last 4 digits of account number  **4043** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162,450.80 |
| --- | --- | --- | --- |
| | **Arizona Department of Revenue** | ☐ Contingent | |
| | **PO Box 29070** | ☐ Unliquidated | |
| | **Phoenix, AZ 85038-9070** | ☐ Disputed | |
| | Date(s) debt was incurred  **2008-2021** | Basis for the claim:  **taxes** | |
| | Last 4 digits of account number  **8071** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,498.40 |
| --- | --- | --- | --- |
| | **AZDES** | ☐ Contingent | |
| | **PO Box 6028** | ☐ Unliquidated | |
| | **Mail Drop 5881** | ☐ Disputed | |
| | **Phoenix, AZ 85005-6028** | | |
| | Date(s) debt was incurred  **2005-2021** | Basis for the claim:  **taxes** | |
| | Last 4 digits of account number  **2515** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:24-bk-03025-PS    Doc 1    Filed 04/19/24    Entered 04/19/24 13:27:40    Desc
Main Document      Page 21 of 47

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,758.18** |
| --- | --- | --- | --- |

**Electronic Funds Source**
**1104 Country Hills Dr**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business credit card**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,802.14** |
| --- | --- | --- | --- |

**Gail and Jack Garcia**
**2359 W Chinook Dr**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2024, 4/3/2024,**
**4/8/2024, 4/16/2024**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Great West Casualty**
**PO Box 277**
**South Sioux City, NE 68776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/30/2023**

Basis for the claim: _

Last 4 digits of account number  **711A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,700.72** |
| --- | --- | --- | --- |

**IRS**

**Ogden, UT 84201-0039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **taxes**

Last 4 digits of account number  **8071**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,399.29** |
| --- | --- | --- | --- |

**Kyle & Eiko Garcia**
**2593 N Oakmont Dr**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
| --- | --- | --- | --- |

**Marc Cowen**
**5490 Greenside Dr**
**San Jose, CA 95127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/08/2024**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.62** |
| --- | --- | --- | --- |

**Martin Begay**
**PO Box 1578**
**Tuba City, AZ 86045**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **03/28/2019**

Basis for the claim:  **wage claim**

Last 4 digits of account number  **1019**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:24-bk-03025-PS    Doc 1    Filed 04/19/24    Entered 04/19/24 13:27:40    Desc
Main Document      Page 22 of 47

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,780.00** |

**Motive**
**ELD/GPS/CAMERA SRV**
**55 Hawthorne St 4th Fl**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/18/2024**

Basis for the claim:  **contract value $7,780; monthly payment $322.50 plus tax; contract expiration 4/17/2026**

Last 4 digits of account number  **9202**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140,000.00** |

**Roland & Teresa Grannan**
**c/o Jaburg & Wilk**
**3200 N Central Ave 20th Fl**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **02/2007**

Basis for the claim:  **judgment**

Last 4 digits of account number  **0618**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,289,032.88** |

**Ryder Truck Rental**
**Attn: Cindy Shafer**
**PO Box 96723**
**Chicago, IL 60693-6723**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **04/2024**

Basis for the claim:  **lease damages; lease terminated on 4/8/2024**

Last 4 digits of account number  **5490**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,685.15** |

**Square Kilometer Capital**
**515 N Flagler Dr**
**Suite P-300**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022**

Basis for the claim:  **services provided**

Last 4 digits of account number  **8071**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,362.52** |

**Stanley M. Hammerman**
**Hammerman & Hultgre PC**
**3101 N Central Ave Ste 1030**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/27/2018**

Basis for the claim:  **Industrial Commission of Arizona - determination of compensability**

Last 4 digits of account number  **4265**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |

**TMD Ventures**
**2237 New York Ave**
**Brooklyn, NY 11234**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **05/2023**

Basis for the claim:  **loan**

Last 4 digits of account number  **8071**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |

**Velocity Truck Rental**
**& Leasing**
**PO Box 101327**
**Pasadena, CA 91189-1327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/02/2024**

Basis for the claim:  **truck lease/transport**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:24-bk-03025-PS   Doc 1   Filed 04/19/24   Entered 04/19/24 13:27:40   Desc
Main Document   Page 23 of 47

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,340.28 |
| --- | --- | --- | --- |

**Verizon Connect**
**5055 North Point Pkwy**
**Alpharetta, GA 30022**

Date(s) debt was incurred  04/2024

Last 4 digits of account number  7097

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease terminated

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Worldwide Facilities**
**Pie Insurance Services**
**35 Parkwood Dr Ste 170**
**Hopkinton, MA 01748**

Date(s) debt was incurred  05/01/2023

Last 4 digits of account number  9203

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  worker's comp insurance

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Amanda Orlandini**<br>**FRANKS GERKIN et al**<br>**PO Box 5**<br>**Marengo, IL 60152** | Line  3.14<br>☐ Not listed. Explain ___ | 8068 |
| 4.2 | **Jaburg & Wilk**<br>**Attn: Nikki Wilk**<br>**3200 N Central Ave 20th Fl**<br>**Phoenix, AZ 85012** | Line  3.12<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Joe Morten & Son Inc**<br>**8151 Southpark Ln #300**<br>**Littleton, CO 80120** | Line  3.6<br>☐ Not listed. Explain ___ | 711A |
| 4.4 | **SiriusPoint America Ins Co**<br>**140 Broadway 32nd Fl**<br>**New York, NY 10005-1123** | Line  3.19<br>☐ Not listed. Explain ___ | 9203 |
| 4.5 | **Unique Funding**<br>**CT Corp**<br>**330 N Brand Blvde Ste 700**<br>**Glendale, CA 91203** | Line  3.16<br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Wise Funding**<br>**767 3rd Ave, 32nd Fl**<br>**New York, NY 10017** | Line  3.16<br>☐ Not listed. Explain ___ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 243,168.29 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,903,843.51 |

Case 3:24-bk-03025-PS    Doc 1    Filed 04/19/24    Entered 04/19/24 13:27:40    Desc
Main Document    Page 24 of 47

Debtor **T&R Transport, Inc.**
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **2,147,011.80**

Fill in this information to identify the case:

Debtor name    **T&R Transport, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **oral lease of 2017 Toyota Sienna** | |
| State the term remaining | **49 months** | **Eiko Garcia** |
| List the contract number of any government contract | | **2593 N Oakmond Dr** |
| | | **Flagstaff, AZ 86004** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **carrier transportation services** | |
| State the term remaining | **indefinite month to month** | **Greg Pylypiw** |
| List the contract number of any government contract | | **20750 Tara Springs Rd** |
| | | **Black Canyon City, AZ 85324** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **service contract** | |
| State the term remaining | **Expires 04/2026** | **Motive** |
| List the contract number of any government contract | | **ELD/GPS/CAMERA SRV** |
| | | **55 Hawthorne St 4th Fl** |
| | | **San Francisco, CA 94105** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **oral lease of vehicle yard located at 2600 E Huntington Dr, Flagstaff, Az 86004 @ $1,200 per month unspecified** | |
| State the term remaining | | **R Choice** |
| List the contract number of any government contract | | **1400 Inverrary Wy** |
| | | **Flagstaff, AZ 86004** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **lease terminated**

State the term remaining — **0**

List the contract number of any government contract

**Ryder Truck Rental**
**Attn: Cindy Shafer**
**PO Box 96723**
**Chicago, IL 60693-6723**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **lease for trucks**

State the term remaining — **Expires 04/2027**

List the contract number of any government contract

**TCI Leasing**
**4950 Triggs St**
**Los Angeles, CA 90022**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **transportation**

State the term remaining — **76 months**

List the contract number of any government contract — **860A6 & 86067**

**United States Postal Service**
**LDT@USPS.gov**
**1200 Mercantile Ln #109**
**Upper Marlboro, MD 20774-5389**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Account 100000167097; monthly service contract $454.20/mo**

State the term remaining

List the contract number of any government contract

**Verizon Connect**
**5055 North Point Pkwy**
**Alpharetta, GA 30022**

Case 3:24-bk-03025-PS    Doc 1    Filed 04/19/24    Entered 04/19/24 13:27:40    Desc
Main Document    Page 27 of 47

Debtor name  **T&R Transport, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Eiko & Kyle Garcia** | **2593 N Oakmont Dr Flagstaff, AZ 86004 personal guaranty** | **US Small Business Association** | ☑ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2  **Eiko & Kyle Garcia** | **2593 N Oakmont Dr Flagstaff, AZ 86004 personal guaranty** | **Roland & Teresa Grannan** | ☐ D ____<br>☑ E/F  __3.12__<br>☐ G ____ |
| 2.3  **Eiko & Kyle Garcia** | **2593 N Oakmont Dr Flagstaff, AZ 86004 personal guaranty** | **TMD Ventures** | ☐ D ____<br>☑ E/F  __3.16__<br>☐ G ____ |

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $150,180.32 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | $1,933,084.09 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $1,415,828.48 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Great West Insurance Agent: Joe Morten & Son 8151 Southpark Ln Unit 300 Littleton, CO 80120** | 01/01/2024-0 4/12/2024 | $26,430.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Transconnect Services 7130 Goodlett Farms Pkwy Suite 100E Cordova, TN 38016** | 01/01/2024-0 4/12/2024 | $36,605.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **AtoB Card 4 Embarcadero Centre Suite 1400 San Francisco, CA 94111** | 01/01/2024-0 4/12/2024 | $63,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Pie Insurance Worldwide Facilities LLC 35 Parkwood Dr Suite 170 Hopkinton, MA 01748** | 01/01/2024-0 4/12/2024 | $9,543.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Ryder Truck Rental 6000 Windward Pkwy Alpharetta, GA 30005** | 01/01/2024-0 4/02/2024 | $110,667.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **IRS Ogden, UT 84201-0039** | 01/01/2024-0 4/12/2024 | $40,377.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kyle & Eiko Garcia 2593 N Oakmont Dr Flagstaff, AZ 86004 owners** | 4/18/2023 through 4/15/2024 | $27,399.29 | **repayment of loans see 30.1** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ryder Truck Rental 6000 Windward Pkwy Alpharetta, GA 30005** | **7 tractors, 2 box trucks on lease** | **04/02/2024** | **$1,215,879.48** |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **US Treasury Bureau of Fiscal Srv PO Box 830794 Birmingham, AL 35283-0794** | **Payment from USPS swept to US DOT Bureau of Fiscal Service and applied to SBA: Covid EIDL Loan** <br> Last 4 digits of account number: ____7376____ | **02/29/2024 $92,695.95 03/29/2024 $112,040.70 4/12/2024 $2,133.56** | **$206,870.21** |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Industrial Commission of Arizona vs T & R Transport Inc TJ2018-004265** | **Special Fund/No Insurance Claim No.: 20090-050039** | **Maricopa County Superior Court 301 W Jefferson Phoenix, AZ 85004** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Martin Begay v. T & R Transport Inc WC-1819-1019** | **wage claim** | **Industrial Commssion of Arizona 800 W Washington St Phoenix, AZ 85007** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **Roland J. Grannan, Jr. and Teresa M. Grannan vs Langar Investments, LLC, et al CV2015-00618** | **default judgment** | **Coconino County Superior Court 200 N San Francisco St Flagstaff, AZ 86001** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Burch & Cracchiolo, PA**<br>**1850 N Central Ave**<br>**Suite 1700**<br>**Phoenix, AZ 85004** | | **4/16/2024** | **$20,000.00** |
| | **Email or website address**<br>**www.bcattorneys.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Gail Garcia for benefit of debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   | Address | Dates of occupancy From-To |
   |---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
   |---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
   |---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Case 3:24-bk-03025-PS    Doc 1    Filed 04/19/24    Entered 04/19/24 13:27:40    Desc
Main Document     Page 34 of 47

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Johanna Klomann CPA PLLC**<br>**2218 E Cedar Ave**<br>**Flagstaff, AZ 86004** | **8/31/2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Ryder Truck Rental**<br>**6000 Windward Pkwy**<br>**Alpharetta, GA 30005** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Eiko Garcia** | **2593 N Oakmont Dr**<br>**Flagstaff, AZ 86004** | **Secretary and Director** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kyle Garcia** | **2593 N Oakmont Dr**<br>**Flagstaff, AZ 86004** | **President** | **50** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Kyle & Eiko Garcia**<br>**2593 N Oakmont Dr**<br>**Flagstaff, AZ 86004** | **$216,536.31 received; $243,935.60 paid to debtor; net amount of payments, distrubutions or withdrawals -$27,399.29** | **4/18/2023 through 4/15/2024** | **loans** |
| | Relationship to debtor<br>owner | | | |
| 30.2 | **Eiko L Garcia**<br>**2593 N Oakmont Dr**<br>**Flagstaff, AZ 86004** | **$80,769.15** | **4/18/2023 through 2/2/2024** | **salary** |
| | Relationship to debtor<br>owner | | | |
| 30.3 | **Kyle I Garcia**<br>**2593 N Oakmont Dr**<br>**Flagstaff, AZ 86004** | **$80,769.15** | **4/18/2023 through 2/2/2024** | **salary** |
| | Relationship to debtor<br>owner | | | |
| 30.4 | **Marc Cowden**<br>**5490 Greenside Dr**<br>**San Jose, CA 95127** | **$5,000** | **4/3/2024** | **repayment of loan** |
| | Relationship to debtor<br>step-father of Eiko Garcia | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2024**

**/s/ Eiko Garcia**                                        **Eiko Garcia**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Secretary and Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re __T&R Transport, Inc.__      Case No. _____

Debtor(s)      Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Eiko & Kyle Garcia**<br>**2593 N Oakmont Dr**<br>**Flagstaff, AZ 86004** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary and Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __April 19, 2024__      Signature __/s/ Eiko Garcia__

                                                             **Eiko Garcia**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re  **T&R Transport, Inc.**

_____
Debtor(s)

Case No. _____

Chapter  **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Secretary and Director of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __**2**__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:  **April 19, 2024**
_____

**/s/ Eiko Garcia**
_____
**Eiko Garcia/Secretary and Director**
Signer/Title

Date:  **April 19, 2024**
_____

**/s/ Alan A. Meda**
_____
Signature of Attorney
**Alan A. Meda 009213**
**Burch & Cracchiolo, P.A.**
**1850 N. Central Ave., Suite 1700**
**Phoenix, AZ 85004**
**602-274-8797  Fax: 602-850-9797**

ALBERTO RUIZ TORRES
3621 S OCOTILLO LN
CAMP VERDE AZ 86322

EIKO L GARCIA
2593 N OAKMOND DR
FLAGSTAFF AZ 86004

JOHN CONRAD
924 N LEROUX ST
FLAGSTAFF AZ 86001

ALICE J TURQUOISE
PO BOX 6110
MARBLE CANYON AZ 86036

ELECTRONIC FUNDS SOURCE
1104 COUNTRY HILLS DR
OGDEN UT 84403

KYLE & EIKO GARCIA
2593 N OAKMONT DR
FLAGSTAFF AZ 86004

AMANDA ORLANDINI
FRANKS GERKIN ET AL
PO BOX 5
MARENGO IL 60152

EVANGELINE CLARK
5404 E CORTLAND BLVD #143
FLAGSTAFF AZ 86004

KYLE I GARCIA
2593 N OAKMOND DR
FLAGSTAFF AZ 86004

AMBEST FUEL CARD
ELECTRONIC FUNDS SOURCE
1104 COUNTRY HILLS DR
OGDEN UT 84403

GAIL AND JACK GARCIA
2359 W CHINOOK DR
QUEEN CREEK AZ 85142

MARC COWEN
5490 GREENSIDE DR
SAN JOSE CA 95127

ARIZONA DEPARTMENT OF REVENUE
PO BOX 29070
PHOENIX AZ 85038-9070

GREAT WEST CASUALTY
PO BOX 277
SOUTH SIOUX CITY NE 68776

MARTIN BEGAY
PO BOX 1578
TUBA CITY AZ 86045

ARIZONA DEPT OF REVENUE
PO BOX 29070
PHOENIX AZ 85038-9070

GREG PYLYPIW
20750 TARA SPRINGS RD
BLACK CANYON CITY AZ 85324

MOTIVE
ELD/GPS/CAMERA SRV
55 HAWTHORNE ST 4TH FL
SAN FRANCISCO CA 94105

AZDES
PO BOX 6028
MAIL DROP 5881
PHOENIX AZ 85005-6028

IRS
OGDEN UT 84201-0039

PETER A LISA
165 ZANE GREY LN
SEDONA AZ 86336

DOUGLAS E LEASK
4360 HOLLYGREEN
FLAGSTAFF AZ 86004

JABURG & WILK
ATTN: NIKKI WILK
3200 N CENTRAL AVE 20TH FL
PHOENIX AZ 85012

R CHOICE
1400 INVERRARY WY
FLAGSTAFF AZ 86004

EIKO & KYLE GARCIA
2593 N OAKMONT DR
FLAGSTAFF AZ 86004

JOE LIEBERMAN
LIEBERMAN & KLESTZICK
PO BOX 356
CEDARHURST NY 11516

ROLAND & TERESA GRANNAN
C/O JABURG & WILK
3200 N CENTRAL AVE 20TH FL
PHOENIX AZ 85012

EIKO GARCIA
2593 N OAKMOND DR
FLAGSTAFF AZ 86004

JOE MORTEN & SON INC
8151 SOUTHPARK LN #300
LITTLETON CO 80120

RONALD J SWENSON
858 OAK
MUNDS PARK AZ 86017

ROY A BAHLER
1751 W SARATOGA DR
FLAGSTAFF AZ 86001

T&R Transport, Inc. -
UNITED STATES POSTAL SERVICE
LDT@USPS.GOV
1200 MERCANTILE LN #109
UPPER MARLBORO MD 20774-5389

RYDER TRUCK RENTAL
ATTN: CINDY SHAFER
PO BOX 96723
CHICAGO IL 60693-6723

US SMALL BUSINESS ASSOCIATION
SERVICE CENTER
14925 KINGSPORT RD
FORT WORTH TX 76155

SBA COVID EIDL LOANS
BUREAU OF FISCAL SERVICE
PO BOX 830794
BIRMINGHAM AL 35283-0794

VELOCITY TRUCK RENTAL
& LEASING
PO BOX 101327
PASADENA CA 91189-1327

SETH TARR
6911 ORANGE BOX DR
FLAGSTAFF AZ 86004

VERIZON CONNECT
5055 NORTH POINT PKWY
ALPHARETTA GA 30022

SIRIUSPOINT AMERICA INS CO
140 BROADWAY 32ND FL
NEW YORK NY 10005-1123

WANDA A GRAYMOUNTAIN
PO BOX 2279
PAGE AZ 86040

SQUARE KILOMETER CAPITAL
515 N FLAGLER DR
SUITE P-300
WEST PALM BEACH FL 33401

WISE FUNDING
767 3RD AVE, 32ND FL
NEW YORK NY 10017

STANLEY M. HAMMERMAN
HAMMERMAN & HULTGRE PC
3101 N CENTRAL AVE STE 1030
PHOENIX AZ 85012

WORLDWIDE FACILITIES
PIE INSURANCE SERVICES
35 PARKWOOD DR STE 170
HOPKINTON MA 01748

TCI LEASING
4950 TRIGGS ST
LOS ANGELES CA 90022

TMD VENTURES
2237 NEW YORK AVE
BROOKLYN NY 11234

UNIQUE FUNDING
CT CORP
330 N BRAND BLVDE STE 700
GLENDALE CA 91203

# United States Bankruptcy Court
## District of Arizona

In re   **T&R Transport, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **T&R Transport, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Eiko & Kyle Garcia
2593 N Oakmont Dr
Flagstaff, AZ 86004**

☐ None [*Check if applicable*]

**April 19, 2024**

Date

**/s/ Alan A. Meda**

**Alan A. Meda 009213**

Signature of Attorney or Litigant

Counsel for   **T&R Transport, Inc.**

**Burch & Cracchiolo, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
602-274-8797 Fax:602-850-9797
ameda@bcattorneys.com**

# United States Bankruptcy Court
## District of Arizona

In re **T&R Transport, Inc.** _____  Case No. _____
                                                    Debtor(s)           Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  a retainer of: _____  $ _____ **35,000.00**

    Prior to the filing of this statement I have received _____  $ _____ **20,000.00**

    Balance Due _____  $ _____ **15,000.00**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):  **Gail Garcia**

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 19, 2024** _____    **/s/ Alan A. Meda**
*Date*                                                                **Alan A. Meda 009213**
                                                                      *Signature of Attorney*
                                                                      **Burch & Cracchiolo, P.A.**
                                                                      **1850 N. Central Ave., Suite 1700**
                                                                      **Phoenix, AZ 85004**
                                                                      **602-274-8797  Fax: 602-850-9797**
                                                                      **ameda@bcattorneys.com**
                                                                      *Name of law firm*

---

# CORPORATE RESOLUTION

## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Eiko Garcia, do hereby certify that this Resolution of the Directors of T&R Transport, Inc. ("the Company"), a corporation duly organized and existing under the laws of Arizona, authorizing the Company to file a voluntary bankruptcy petition was adopted on April 15, 2024.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11, subchapter 5 of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Eiko Garcia, corporate secretary, is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11, subchapter 5 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Eiko Garcia, corporate secretary, is authorized to employ Burch & Cracchiolo to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Eiko Garcia, corporate secretary, is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Eiko Garcia, corporate secretary is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Eiko Garcia, corporate secretary to effectuate the intent of these resolutions are hereby ratified and approved.

Date: 04/15/2024

| | |
|---|---|
| Signature | Signature |
| Kyle Garcia | Eiko Garcia |
| Name | Name |
| President | Corporate Secretary |
| Title | Title |

[Local Rule 1074-1 provides that a voluntary petition filed by a non-individual debtor must be accompanied by a certificate, resolution, or other applicable documentation demonstrating the bankruptcy filing is authorized. This form resolution is a sample authorization by a corporation's board of directors. This form may need to be modified to provide authorization for a bankruptcy filing by another type of entity, such as a limited liability company or partnership.

# T & R Transport Inc
# Profit & Loss
## January through December 2021

|  | Jan - Dec 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 44600 · Gross Trucking Income | 1,734,557.90 |
| 44700 · Interest Income | 3.16 |
| **Total Income** | 1,734,561.06 |
| **Cost of Goods Sold** | |
| 51300 · Fuel for Hired Vehicles | 401,335.36 |
| 53900 · Travel Expenses for Drivers | 6,619.72 |
| 54000 · Truck Maintenance Costs | 17,462.55 |
| **Total COGS** | 425,417.63 |
| **Gross Profit** | 1,309,143.43 |
| **Expense** | |
| Truck Lease | 411,238.91 |
| 60200 · Automobile Expense | 2,162.31 |
| 60400 · Bank Service Charges | 8,907.64 |
| 61000 · Business Licenses and Permits | 1,793.98 |
| 62400 · Depreciation Expense | 21,199.00 |
| 62500 · Amortization Expense | 18,667.00 |
| 63300 · Insurance Expense | 126,596.19 |
| 64300 · Meals and Entertainment | 48.41 |
| 64900 · Office Supplies | 336.91 |
| 66000 · Payroll Expenses | |
| 66001 · Payroll Taxes | 57,608.66 |
| 66000 · Payroll Expenses - Other | 743,192.03 |
| **Total 66000 · Payroll Expenses** | 800,800.69 |
| 66700 · Professional Fees | 31,321.21 |
| 66900 · Reconciliation Discrepancies | -1,215.00 |
| 67100 · Rent Expense | 13,665.00 |
| 67200 · Repairs and Maintenance | 3,246.39 |
| 67800 · Small Tools and Equipment | 267.51 |
| 68100 · Telephone Expense | 3,197.00 |
| 68600 · Utilities | 2,230.92 |
| **Total Expense** | 1,444,464.07 |
| **Net Ordinary Income** | -135,320.64 |
| **Net Income** | **-135,320.64** |

# T & R Transport Inc
## Profit & Loss
### January through December 2022

|                                              | Jan - Dec 22 |
|----------------------------------------------|-------------:|
| **Ordinary Income/Expense**                  |              |
| **Income**                                   |              |
| 44600 · Gross Trucking Income                | 1,415,451.33 |
| 44700 · Interest Income                      | 377.25       |
| **Total Income**                             | 1,415,828.58 |
| **Cost of Goods Sold**                       |              |
| 51300 · Fuel for Hired Vehicles              | 467,561.33   |
| 53900 · Travel Expenses for Drivers          | 2,630.81     |
| 54000 · Truck Maintenance Costs              | 11,462.67    |
| **Total COGS**                               | 481,654.81   |
| **Gross Profit**                             | 934,173.77   |
| **Expense**                                  |              |
| Truck Lease                                  | 349,090.95   |
| 60200 · Automobile Expense                   | 1,750.58     |
| 60400 · Bank Service Charges                 | 4,409.14     |
| 61000 · Business Licenses and Permits        | 2,235.69     |
| 62400 · Depreciation Expense                 | 20,503.00    |
| 62500 · Amortization Expense                 | 1,888.00     |
| 63300 · Insurance Expense                    | 164,413.92   |
| 64300 · Meals and Entertainment              | 128.06       |
| 64900 · Office Supplies                      | 123.92       |
| 66000 · Payroll Expenses                     |              |
| 66001 · Payroll Taxes                        | 121,490.42   |
| 66000 · Payroll Expenses - Other             | 662,305.24   |
| **Total 66000 · Payroll Expenses**           | 783,795.66   |
| 66700 · Professional Fees                    | 56,868.71    |
| 67100 · Rent Expense                         | 11,250.00    |
| 67200 · Repairs and Maintenance              | 5,333.00     |
| 67800 · Small Tools and Equipment            | 257.71       |
| 68100 · Telephone Expense                    | 450.93       |
| **Total Expense**                            | 1,402,499.27 |
| **Net Ordinary Income**                      | -468,325.50  |
| **Net Income**                               | **-468,325.50** |

# T & R Transport Inc
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
| --- | --- |
| **Ordinary Income/Expense** | |
| **Income** | |
| 44100 · ERTC Credit | 37,097.51 |
| 44200 · Discharged Debt | 74,945.31 |
| 44600 · Gross Trucking Income | 1,821,025.42 |
| 44700 · Interest Income | 15.85 |
| **Total Income** | 1,933,084.09 |
| **Cost of Goods Sold** | |
| 51300 · Fuel for Hired Vehicles | 419,236.80 |
| 53900 · Travel Expenses for Drivers | 719.13 |
| 54000 · Truck Maintenance Costs | 57,974.23 |
| **Total COGS** | 477,930.16 |
| **Gross Profit** | 1,455,153.93 |
| **Expense** | |
| Truck Lease | 390,847.66 |
| 60200 · Automobile Expense | 1,588.45 |
| 60400 · Bank Service Charges | 3,761.88 |
| 61000 · Business Licenses and Permits | 2,139.68 |
| 62400 · Depreciation Expense | 18,970.00 |
| 63300 · Insurance Expense | 153,901.65 |
| 64300 · Meals and Entertainment | 156.13 |
| 64900 · Office Supplies | 117.06 |
| 66000 · Payroll Expenses | |
| 66001 · Payroll Taxes | 39,645.16 |
| 66000 · Payroll Expenses - Other | 733,997.31 |
| **Total 66000 · Payroll Expenses** | 773,642.47 |
| 66700 · Professional Fees | 34,954.64 |
| 67100 · Rent Expense | 18,077.87 |
| 67200 · Repairs and Maintenance | 3,274.55 |
| 67800 · Small Tools and Equipment | 83.93 |
| 68100 · Telephone Expense | 6,640.33 |
| **Total Expense** | 1,408,156.30 |
| **Net Ordinary Income** | 46,997.63 |
| **Net Income** | **46,997.63** |